**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RAMON ZAMORA ELIAS,

        Petitioner,

   v.

ERIC H. HOLDER, Jr., Attorney General,

        Respondent.

No. 08-70282

Agency No. A096-047-788

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 10, 2011[**]

Before:    BEEZER, TALLMAN, and CALLAHAN, Circuit Judges.

    Ramon Zamora Elias, a native and citizen of Mexico, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his cancellation of removal application. We

have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law,

---

    [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

    [**]    The panel unanimously concludes this case is suitable for decision
without oral argument. See Fed. R. App. P. 34(a)(2).

*Mohammed v. Gonzales*, 400 F.3d 785, 791-92 (9th Cir. 2005), and we deny the petition for review.

Zamora Elias cannot establish the good moral character required for cancellation of removal because he participated in alien smuggling, *see* 8 U.S.C. §§ 1229b(b)(1)(B), 1101(f)(3), and the family unity waiver of inadmissibility under 8 U.S.C. § 1182(d)(11) is not available to aliens seeking to establish good moral character for the purposes of cancellation of removal, *see Sanchez v. Holder*, 560 F.3d 1028, 1030, 1032 (9th Cir. 2009) (en banc).

**PETITION FOR REVIEW DENIED.**